UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLAYTON M. BROWN,

      Plaintiff,

vs.                                           CASE NO. 3:07-cv-234-J-32HTS

WILLIAM B. CLINTON,
et al.,

      Defendants.

_____

**REPORT AND RECOMMENDATION**[1]

     On March 27, 2007, Plaintiff filed his complaint (Doc. #1) and Affidavit of Indigency (Doc. #2). Having "determined the suit may be subject to dismissal[,]" Order (Doc. #4; Order), entered on April 3, 2007, at 1, the Court provided Plaintiff with an opportunity to file an amended complaint. *Id.* at 3. Mr. Brown was cautioned that failure to do so within eleven days would "result in a recommendation that this case be dismissed for failure to prosecute." *Id.* Plaintiff failed to amend his complaint, and on

---

    [1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

April 19, 2007, the Court entered an Order (Doc. #6; Order to Show Cause) directing him to "show cause within eleven (11) days . . . why it should not be recommended this case be dismissed for failure to prosecute."  Order to Show Cause at 1 (capitalization and emphasis omitted).  As of this date, Plaintiff has not responded to either the Order or the Order to Show Cause.

### **RECOMMENDATION**

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 8th day of May, 2007.


/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE



Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

All counsel of record
    and pro se parties, if any