**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLAYTON M. BROWN,

    Plaintiff,

vs.                                                     Case No. 3:07-cv-234-J-32HTS

WILLIAM B. CLINTON, et al.,

    Defendants.

## ORDER

This case is before the Court on the Report and Recommendation of the assigned United States Magistrate Judge (Doc. 7) who is recommending dismissal of this action for failure to prosecute based on plaintiff's failure to respond to Orders of the Court. <u>See</u> Report and Recommendation (Doc. 7). Plaintiff failed to file any objections to the Report and Recommendation and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 7), it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 7) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.    This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute in accordance with Local Rule 3.01(a).

3. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of June, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Howard T. Snyder
United States Magistrate Judge

pro se plaintiff